## BOSTON *et al. v.* NEELY COMPANY *et al.*

GEORGE, J. 1. The excerpt from the charge of the court assigned as error in the sole ground of the amendment to the motion for new trial, when the context is considered, is not open to the objection that it expresses an opinion on the facts in the case.

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur, except Gilbert, J., disqualified.*

No. 1659. JUNE 16, 1920. REHEARING DENIED AUGUST 17, 1920.

Complaint for land, etc. Before Judge Hammond. Burke superior court. August 23, 1919.

*E. M. Price* and *Brinson & Hatcher,* for plaintiffs in error.

*H. J. Fullbright,* contra.